sion, Fourth Department. March 5, 1913.) In the matter of the destruction of useless papers in the office of the County Clerk of Oneida County.

PER CURIAM. Report of referee confirmed, in so far as it holds that the papers contained in the 86 sacks are useless; but said 86 sacks of useless papers are ordered to be stored by the county clerk in a suitable place in the Oneida county courthouse and not destroyed until the further order of the court.

COVEY, Respondent, v. MARKETT, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1913.) Action by Harriette E. Covey against John A. Markett. No opinion. Judgment and order affirmed, with costs.

COYNE, Appellant, v. JOHN THATCHER & SON, Respondent. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) Action by Mary Coyne, as administratrix, etc., of John Coyne, deceased, against John Thatcher & Son. No opinion. Judgment unanimously affirmed, with costs.

CRAGIN v. BERKELEY. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Mary L. Cragin against Lancelot M. Berkeley. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

CRAWFORD v. CRAWFORD. (Supreme Court, Appellate Division, First Department. March 28, 1913.) Appeal from Special Term, New York County. Action by William R. Crawford against Helen Crawford. From an order granting an extension of time to serve a complaint, plaintiff appeals. Modified and affirmed. Franklin Bien, of New York City, for appellant. Gervase Green, of New York City, for respondent.

PER CURIAM. The order appealed from is modified, by extending the plaintiff's time to serve the complaint five days from the entry and service of the order to be entered on this appeal. As so modified, the order is affirmed, without costs.

CROKER v. TAYLOR et al. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Geo. P. Croker against Harry Taylor and another. No opinion. Motion granted. Question certified. Order filed. See, also, 139 N. Y. Supp. 842.

CURRIE et al., Appellants, v. VREELAND, Respondent. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Frederick Currie and others against George F. Vreeland. W. W. Irwin, of New York City, for appellants. H. L. Scheuerman, of New York City, for respondent. No opinion.

Order affirmed, with $10 costs and disbursements. Order filed.

In re CURTIS. In re HASBROUCK. SPORBORG et al. v. BAUM. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of Benjamin F. Curtis, deceased. In the matter of the judicial settlement of the accounts of Louis B. Hasbrouck, as executor, etc. Action by William D. Sporborg and another against Frank W. Baum, etc. No opinion. Motions to withdraw appeal granted, on payment of $10 costs, and motion to dismiss appeal denied, without costs. See, also, 139 N. Y. Supp. 1126.

In re CUSTY'S ESTATE. O'DONNELL et al., Respondents, v. CUSTY, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) In the matter of the estate of Bridget Custy, formerly Bridget Griffin, deceased. Action by Margaret O'Donnell and another against Daniel M. Custy. No opinion. Decree of the Surrogate's Court of Queens County affirmed, with costs.

DALE, Appellant, v. DALE, Respondent. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Lillian P. Dale against Francis C. Dale. W. S. Brewster, of New York City, for appellant. H. T. Kingsbury, of New York City, for respondent. No opinion. Judgment affirmed. Order filed.

D'ALTOMONTE v. NEW YORK HERALD CO. (Supreme Court, Appellate Division, First Department. February 14, 1913.) Action by Antonio B. d'Altomonte against the New York Herald Company. No opinion. Motion granted, and questions certified. Order filed. See, also, 139 N. Y. Supp. 200.

In re DAMRON. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) In the matter of William C. Damron, an attorney. No opinion. Motion granted.

DANZIGER v. GOTTLIEB. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Chas. S. Danziger against Joseph Gottlieb. No opinion. Motion denied, with $10 costs. Settle order on notice. See, also, 139 N. Y. Supp. 1120; 140 N. Y. Supp. 1115.

DANZIGER et al., Respondents, v. GOTTLIEB, Appellant. (Supreme Court, Appellate Division, First Department. March 14, 1913.) Action by Charles S. Danziger and another against Joseph Gottlieb. C. Eno, of New York City, for appellant. O. C. Sommerich, of New York City, for respondents. No opinion. Or-

der affirmed, with $10 costs and disbursements. Order filed. See, also, 140 N. Y. Supp. 1115.

DAVIDS et al. v. BAER. (Supreme Court, Appellate Division, First Department. March 20, 1913.) Action by Louis A. Davids and another against Louis Baer. No opinion. Motion granted. Questions certified. Order filed. See, also, 140 N. Y. Supp. 55.

DAVIES et al., Appellants, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. March 19, 1913.) Action by Charles L. Davies and another, as surviving partners, etc., against the Delaware, Lackawanna & Western Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs.

KRUSE, J., dissents, upon the ground that the rule charged by the judge for measuring the defendant's liability was incorrect, as it was too narrow.

DAVIS, Respondent, v. GONDOLF, Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by William F. Davis against Frederick Gondolf. K. H. Rosenberg, of New York City, for appellant. A. A. Mayper, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

DEAN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. February 14, 1913.) Action by Annie Dean against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 152 App. Div. 907, 137 N. Y. Supp. 1117.

In re DELAVAN. (Supreme Court, Appellate Division, Second Department. March 14, 1913.) In the matter of the application of Edward C. Delavan, Jr., for a visitation by a justice of the Supreme Court of the Cypress Hills Cemetery, a domestic membership corporation. No opinion. Order affirmed, with $10 costs and disbursements.

DE LONG, Respondent, v. ANDERSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Emma De Long against William J. Anderson and others.

PER CURIAM. Motion to dismiss appeal granted, with costs.

RICH, J., taking no part.

DENARO, Appellant, v. PRUDENTIAL INS. CO. OF AMERICA, Respondent. (Supreme Court, Appellate Division, Second Department. March 7, 1913.) Action by Marianna Denaro against the Prudential Insurance Company of America. No opinion. Motion to resettle order granted, without costs. Settle order before Mr. Justice Carr. See, also, 139 N. Y. Supp. 758.

DENNY, Respondent, v. DENNY, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1913.) Action by Gilbert Denny against Harriet Denny. No opinion. Interlocutory judgment affirmed, without costs.

DERICK, Appellant, v. RICHARDSON, Respondent. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Jennie May Derick against William P. Richardson. No opinion. Judgment and order affirmed, with costs.

DEY, Respondent, v. DEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 5, 1913.) Action by James Dey against Robert Dey and another.

PER CURIAM. Interlocutory judgment affirmed, with costs, with leave to the defendants to plead over within 20 days, upon payment of the costs of the demurrer and of this appeal. Appeal to Court of Appeals denied, 140 N. Y. Supp. 1116.

McLENNAN, P. J., not sitting.

DEY, Respondent, v. DEY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 26, 1913.) Action by James Dey against Robert Dey and another. No opinion. Motion for leave to appeal to Court of Appeals (from 140 N. Y. Supp. 1116) denied, with $10 costs.

DICKS v. DICKS et al. (Supreme Court, Appellate Division, Second Department. March 20, 1913.) Action by Joseph C. Dicks against Jennie E. Dicks, Michael Sullivan, appellant. No opinion. Motions denied, with $10 costs. See, also, 139 N. Y. Supp. 1068.

DIXON, Respondent, v. NEW YORK REAL ESTATE ASS'N, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1913.) Action by Joseph Dixon against the New York Real Estate Association.

PER CURIAM. Judgment and order affirmed, with costs.

JENKS, P. J., and CARR, J., dissent.

DONOVAN, Respondent, v. UNITED FRUIT CO., Appellant. (Supreme Court, Appellate Division, First Department. February 28, 1913.) Action by Richard J. Donovan against the United Fruit Company. I. Untermyer, of New York City, for appellant. W. L.